# UNITED STATES DISTRICT COURT
## for the
### Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>GLORIA BLANCAS DE HERNANDEZ (1)<br><br>Date of Original Judgment: 08/27/2018<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 17cr2110-MMA<br>USM No: 62569298<br><br>Katherine Hurrelbrink, Federal Defenders of San Diego Inc.<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(1)(A)(i) and the First Step Act of 2018 for early compassionate release and a corresponding reduction in the term of imprisonment imposed, and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable, and for the reasons set forth in the contemporaneously filed memorandum decision, **IT IS ORDERED** that the motion is:

☐ DENIED ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __sixty (60) months__ months **is reduced to** __time served__ .

### SUPERVISED RELEASE

Upon release from imprisonment, the defendant will be on supervised release for a total term of FOUR (4) YEARS. All previously imposed terms and conditions of supervised release remain in full force and effect. The Court also imposes the following additional special condition of supervised release:

5. Defendant must reside with an immediate family member, preferably her mother, in accordance with her proposed release plan. In the event such residence is no longer available or otherwise feasible, Defendant must notify her probation officer immediately and thereafter may only reside in a location that is preapproved by Probation and authorized by the Court.

Except as otherwise provided, all provisions of the judgment dated __August 27, 2018__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: June 4, 2021

*Michael M. Anello* (signature)
*Judge's signature*

Hon. Michael M. Anello, United States District Judge
*Printed name and title*